**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN THE MATTER OF:<br>Authorizing the Federal Bureau of Investigation to Conditionally Release Certain Violators and Offenders for Certain Violations of United States Code and the Revised Code of Washington in the Western District of Washington | **APPLICATION** |

The United States of America, moving by and through Sarah Y. Vogel, Criminal Chief Assistant United States Attorney, and Sandra S. Bostic, Assistant United States Attorney, respectfully requests the Court issue a general order authorizing the Federal Bureau of Investigation (FBI) to issue District Court Violation Notices for violations of the offenses enumerated in Exhibit A.

DATED this 27th day of October 2026.

Respectfully submitted,

SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

Sandra S. Bostic

SANDRA S. BOSTIC
Assistant United States Attorney