**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Sandra S. Bostic*
*Assistant United States Attorney*
*Direct Line: (206) 553-4064*

*Seattle Office:*
*700 Stewart Street, Ste 5220*
*Seattle, WA 98101-1271*
*Tel: (206) 553-7970*
*Fax: (206) 553-0582*
*www.usdoj.gov/usao/waw*

*Tacoma Office:*
*1201 Pacific Ave., Ste 700*
*Tacoma, WA 98402-4305*
*Tel: (253) 428-3800*
*Fax: (253) 428-3826*

October 27, 2026

The Honorable Judge David G. Estudillo
Chief United States District Judge
United States Courthouse
1717 Pacific Avenue, Room 4410
Tacoma, WA 98402-3200

Re: Application and General Order Authorizing the Federal Bureau of Investigation to Issue District Court Violation Notices at FDC SeaTac

Dear Judge Estudillo:

We request your Honor grant the FBI, located in the Western District of Washington, the authority to issue District Court Violation Notices, that will be filed with the Central Violations Bureau ("CVB"). The impetus for this request is an influx of misdemeanor criminal activity at FDC SeaTac and during flights to FDC SeaTac, including in-flight misdemeanor assaults by passengers on other passengers, disorderly conduct by passengers on flights, and indecent exposure by passengers. Having the ability to issue District Court Violation Notices will enhance the security of FDC SeaTac and provide for a more efficient resolution of certain criminal conduct.

Crimes committed in-flight are almost always exclusively federal jurisdiction. At present, when such criminal conduct occurs, the FBI contacts the U.S. Attorney's Office to file a criminal complaint. This complaint is then sworn before a U.S. Magistrate Judge and routed for assignment. It proceeds as would a felony case. The U.S. Attorney's Office has filed multiple such in-flight misdemeanor assault cases over the past several years.

We believe that allowing the FBI to use citations to route certain criminal conduct through the CVB docket instead of directly to U.S. Magistrate Judges would be an appropriate and more efficient use of our resources and those of the Court. CVB tickets can be written on the spot, in consultation with the U.S. Attorney's Office, and will not require presentation of a formal complaint. Moreover, CVB cases generally reach quicker resolutions than cases filed outside the CVB docket, potentially avoiding the need for lengthy litigation and/or trials. Our understanding is that the FBI in the Central District of California has been granted similar CVB citation authority.

I respectfully request you sign the attached General Order so that we may proceed with obtaining a Location Code and citation books from the CVB.

Sincerely,

Sandra S. Bostic

SANDRA S. BOSTIC
Assistant United States Attorney